# Business Plan

**Club Capital LLC** d/b/a **VaporFi**

Chamblee Village
1871 Chamblee Tucker Road
Chamblee, Georgia 30341

Think It. Mix It. Vape It.®

Mr. Walter Hinton
Mr. Monica Hinton
4221 Club Drive NE
Atlanta, Georgia 30319
978.618.0617
978.618.3235
whinton16@att.net
monica.hinton@att.net

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

This Business Plan

DCV Franchise Group, known by many as DCV, masters in the placement of business financing and business establishment services for owners of franchises and independent business ventures. The DCV team has over a century of experience consulting entrepreneurs about their enterprise. Every year DCV Franchise Group arranges financing placement for nearly 500 businesses. Examples of some franchise organizations DCV has serviced over the years include Fantastic Sams, Planet Smoothie, Mr. Appliance, Maui Wowi, Mrs. Fields Cookies, Flip Flop Shops, Postal Annex, Mr. Clean Carwash, and Choice Hotels, to name a few.

Each Business Plan DCV writes is unique to the character of the project. The Business Plan is a personalized tool that matches the underwriting guidelines of financial institutions and other various investor solutions. The Business Plan writers at DCV Franchise Group work on one project at a time, thereby ensuring complete focus and dedication to each project. Through the means of our Business Plan Questionnaire and weekly status calls, we are able to maintain an unbroken continuity with our clients. In close association with franchise companies, the DCV writers work closely with the franchisor to affirm that the Business Plan reflects the most current and accurate information available.

At DCV we believe in our clients, and have confidence they will become successful entrepreneurs. Every Business Plan starts with the dawning of an idea which transforms a project into glowing reality. DCV is proud to have a reputation of 100% success in finance placement for our clients.

We know you will enjoy this toolkit, the springboard to you fully investing your belief in this project.

Sincerely,

Reginald Byrd
CEO and Founder

Table of Contents

Executive Summary....4
The Franchise Concept....4
About Vaporfi....5
Company Objectives....8
The Company's Mission Statement....13

Management Summary....13
Ownership & Corporate Office....13
Owner-Operator....14
Professional Team....17
Management Structure....18
Personnel Plan....18

Market Overview....19
Industry Overview....19
Competitive Comparison....20
Target Customers....21
Products & Prices....22

Marketing Strategy and Implementation....25
Location....25
Market Analysis - Size of the Market....26
Competition....29
The Company's Culture....31
Business Preparation and Training....32
Marketing Strategies....34

Project Overview....38
Start-Up Summary....38
Source & Use of Funds....39
Pro Forma Profit & Loss Statement....41
Pro Forma Cash Flow and Balance Sheet....42

Financial Projections....43
Financial Assumptions....43
Financial Indicators....43
First Year Profit & Loss Statement....44
First Year Cash Flow and Balance Sheet....45
Sensitivity Analysis....46
Break-Even Analysis....47

Demographics....48

Statement of Assumptions and Limiting Conditions....50

## Executive Summary

### The Franchise Concept

Club Capital LLC (also referred to as the Company) will open a new VaporFi store in Chamblee, Georgia. Mr. Walter Hinton and Mrs. Monica Hinton will offer each guest a diverse and exciting menu which features the latest in e-cigarette technology and e-liquids, all of which are 100% made in the U.S. VaporFi is a rapidly-growing franchise concept which combines cutting edge vaping technology with a trendy and welcoming atmosphere to provide each guest with an experience which far exceeds what a typical vape shop can provide.

VaporFi locations offer state-of-the art e-cigarettes and accessories to go with a peerless menu of vape juices, all of which are made here in the U.S.  VaporFi offers products that fit the needs of any customer, whether you are a vaping enthusiast, just trying it for the first time, or somewhere in between. VaporFi is a wholly-owned subsidiary of International Vapor Group, Inc., a global leader in the manufacturing and innovation of e-cigarette products and accessories. The leaders at International Vapor Group, Inc. are on a constant search for new technology and ways to improve their products. Their goal is to always provide their guests with the very best vaping products and to take this booming industry even further.

A VaporFi franchise typically employs between 8 and 20 employees and operates in a shopping center or a stand-alone location. These locations range from having approximately 800 to 1,200 square feet of interior space, with for seating 12 to 24 patrons, as well as parking for 15 to 20 vehicles. The VaporFi franchise concept is supported by the VaporFi web site, where customers can order online from the company's full range of products.




©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission 

## About Vaporfi

There are many reasons why a new VaporFi is something to celebrate. Let us start with the fact that there is a stigma to smoking cigarettes that has grown increasingly negative as more people become more aware of the drawback of smoking. Furthermore, negative images and stereotypes persist in regards to vape shops. VaporFi is on a mission to alter those narratives.

Approximately 17% of the adult population in the United States smokes. VaporFi has set out to provide an alternative to traditional cigarettes, thereby enhancing the lifestyle of smokers and making positive alterations to the image and perception of smokers. VaporFi's goal is to provide an environment where *all* customers can find products that meet their needs, from those just starting to vape to the experienced vaping enthusiast and everyone in between. In fact, many of their current franchise owners were initially customers at VaporFi. They will tell you that vaping improved their lives and it was VaporFi who helped them make the transition.



These are just a few ways in which VaporFi is good for its community of customers. VaporFi franchise owners also pride themselves on being involved in the local community, attending events, and promoting local commerce. That majority of their franchisees are from the areas where they open their VaporFi store and many are first-time business owners, so their success goes right back to their home community.

A VaporFi shop doesn't look like or feel like a typical vape shop. The company has designed stores which are alluring, attractive, clean, and modern. VaporFi's staff is knowledgable and well-versed in both VaporFi products and the e-cigarette industry, as a whole. Their high-quality products and 100% U.S.-made e-liquids set them apart from other shops and VaporFi

has tailored its product line to fit any budget. If you walk by a VaporFi, you'll want to go in and to the friendly face behind the counter. That is one thing which sets VaporFi apart.

VaporFi is helping people from all walks of life make the switch from traditional smoking to vaping. It is certainly not "just another vape shop!"

***"VaporFi is to vaping what Starbucks is to coffee."***

*- Broward-Palm Beach New Times*[1]

VaporFi continues to be noted for its many accomplishments through their [website](), local and national media and on social media, such as: [Twitter](), [Facebook](), and [Instagram]().

**Why is VaporFi an Excellent Market Opportunity?**

1. **Rapid Growth Segment.** If you have heard recently that sales of e-cigarettes have fallen, that is only because the industry experienced triple-digit growth for the past five years. A Wells Fargo analysis estimated that the e-cigarette industry produced $2.5 billion in sales last year[2], and with continued advances in technology and service standards the industry is poised to continue to increase its market share.



[1] http://www.browardpalmbeach.com/best-of/2015/shopping-and-services/best-vape-shop-7046851

[2] http://www.wsj.com/articles/e-cig-sales-rapidly-lose-steam-1447798921

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission 

2. **Brand Power.** While VaporFi has roots in Florida, brand awareness is growing steadily across the country. VaporFi is also emerging as a premium vape shop concept in several key markets on the East Coast and there are plans to open locations in Arizona and even Hawaii. Guests love the logo, the store's colors, the casual and educational environment, and the peerless selection of guilt-free state-of-the-art e-cigarettes, accessories, and e-liquids.

3. **Broad Demographic Appeal.** VaporFi appeals to nicotine users of any age, gender, or economic segment. Whether you are an experienced vaping enthusiast or someone who is recently looking to make the switch from traditional cigarettes to e-cigarettes, VaporFi has whatever it takes to fill your vaping needs.

4. **Demand for Healthier Nicotine Alternatives** More than ever, people want an alternative to traditional cigarettes which doesn't pose such serious health risks. VaporFi makes this easy! Our e-cigarettes, accessories, and e-liquids allow customers to imbibe nicotine with no tobacco, no tar, no smoke, no ash, no stained teeth, no smoker's breath, no fire hazards, no carcinogens, and no risk to any friends, family, or bystanders.

5. **Simple Operating System.** Owning a VaporFi location is full of built-in benefits. Locations are easy to open, easier to operate than other concepts, and easy to love. International Vapor Group will guide you from contract signing to grand opening day and beyond.

6. **Doing Well by Doing Good.** "Do what you love and the money will follow." That quote sums up the best reason to own a VaporFi over any other franchise concept. At VaporFi, they love what they do, and so will you. Everything else is just a matter of time and tenacity. Best of all, it is the absolute perfect time to consider VaporFi. It is a  rapidly growing company with room on the ground floor.

## Company Objectives




Mr. Walter Hinton and Mrs. Monica Hinton will tap into the local market consisting of the thousands of households located within a five mile radius. Their store will operate within the e-cigarette industry, capitalizing on the popular VaporFi branding.

Club Capital LLC is planning on strong growth in the next twelve months. It plans on achieving the following objectives:

- Execute the successful launch strategy described in the following pages.
- Build strong local brand recognition through their involvement in their community.
- Create a loyal customer base by providing state-of-the-art e-cigarettes and accessories as well as 100% American-made e-liquids!
- Employ a staff of dedicated and trained employees who will be educated on all things vaping and provide outstanding customer service everyday.
- Increase first year revenue to approximately $528,770.

In succeeding years, the Company will continue to grow its business and will achieve these objectives:

- Grow the annual number of new customers each year by participating in high profile community events.
- Develop a reputation that will exceed competitors in every area.
- Achieve excellent customer loyalty by paying close attention and giving care to each guest.
- Maintain an experienced and friendly staff through recognition programs.

On the local-marketing level, Mr. and Mrs. Hinton will emphasize the use of fresh U.S. ingredients and the affordable pricing of their e-cigarettes and accessories. A soft opening will occur a week before the grand opening in order to fine-tune equipment, products, services, and staff. A grand opening event will help bolster brand recognition and capitalize on the VaporFi marketing strategy of direct mail, flyers, and Internet advertising. Combined, these strategies will help the new business quickly establish a positive reputation within the community and a base of loyal clients.

The strategic goals and objectives of the Company will be achieved through a strict adherence to the guiding principles that International Vapor Group established as one of the most distinguished companies in the e-cigarette industry since 2009. Following are samples of the principles the owners will carry on, reinforce continually and maintain.

Branding Design: With the explosion of popularity that the e-cigarette industry has experienced in the past few years, vaping shops are becoming a more common site and sometimes it can seem like just about anyone can buy some e-cigarettes, accessories, and e-liquids, put a sign out front, and call it a vaping business. But this is where the combined experience of the team at VaporFi and the support of a globally successful company like International Vapor Group, Inc. comes in. These are experienced professionals with plenty of success under their belts. They know to start , and that is by developing a brand.




What should customers experience when they walk into a VaporFi? How should they feel when they see the logo? How should customers flow through the space? What should the menu boards look like? How should the products be presented? How should the

vape bar and counters be designed to help staff serve customers quickly without bumping into each other? How would they get fresh ingredients every day? What music and colors are congruent to space and support of the brand vibe? In the process of answering those questions, International Vapor Group, Inc. created a *truly iconic brand* and a space that is *welcoming, homey and rich with gorgeous images and beautiful menu items* that customers can't wait to share on social media using their smartphones.

Powerhouse Leadership Team: The International Vapor Group leadership team is built of highly experienced professionals who have detailed understandings of business processes and are therefore able to support and guide their franchisees toward outstanding success as business owners. The leaders at International Vapor Group share several attribute with their franchisees: They have strong business backgrounds, they recognize a market opportunity, and they are eager to grow a strong brand. At their core, though, they are united by passion for health, wellness, and community.

**Nick Molina - CEO**

Mr. Molina began his entrepreneurial career in 1989 - when he was only 21 - when he co-founded Let's talk Cellular & Wireless, Inc., the nation's largest specialty retailer of wireless products and services. He is a creative and results-driven CEO with hands-on experience and proven success in start-ups, public companies, mergers and acquisitions, online and offline marketing, IPOs, and fundraising.

**Marc Waxman - COO**

Mr. Waxman has a multifunctional background that includes experience in logistics, distribution, transportation, supply chain management, vendor compliance, and finance. His track record of proven success in driving change and leading multimillion-dollar projects goes back more than 20 years.

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

**David Epstein - President**

Mr. Epstein has held his current position and other positions with International Vapor Group, Inc. or its subsidiaries since April 2010. From May 2003 to September 2010, Mr. Epstein was President of Epco Marketing, Inc. in Miami Beach, Florida.

**Cortni Lewis - Vice President Store Operations**

Ms. Lewis has over 20 years of leadership experience in the retail industry, working for industry leaders such as Limited Corporation, Brookstone, and Solstice Sunglasses. She has worked her way up from Sales Associate to Regional Manager with over 50 locations under her watch. She joined VaporFi in June 2014 and she has created strategic growth plans, sales and training systems, and the day-to-day operational plans for VaporFi stores.

**Andrew P. Gray - Vice President Finance**

Mr. Gray has held his current position with International Vapor Group since September 2013. From September 2009 to September 2013 he was Controller for Eurotech in Columbia, Maryland.

**Matthew Nahanee - Vice President Customer Experience**

Mr. Nahanee has held his current position with IVG or its subsidiaries since July 2010. From January 2006 to July 2010 he was Senior Account Manager for Pacific Concepts Group in Long Beach, California.

**Bruce Sherman - Chief Technical Officer**

Mr. Sherman has been with International Vapor Group since November 2015. From February 2012 to November 2015, he was Chief Technical Officer for Car Qualifier in Boca Raton, Florida. From May 2008 to February 2012, he was President of Shertech Systems, Inc. in Coral Springs, Florida.

A Hip Environment: VaporFi has created a distinctive, welcoming brand that is bursting with positive energy. Moreover, VaporFi has created a *culture* for their customers. VaporFi has a product line that is diverse and at the cutting edge of e-cigarette technology. Their stores feature a welcoming atmosphere which attracts customers and knowledgeable staff who educate their guests along the way to fulfilling their exact vaping needs. This total package keeps guests coming back for more.



Empowering Customers: Customers also come back frequently because they enjoy the atmosphere at VaporFi. Locations are designed with bright, lively colors and customers are greeted warmly by employees who love to educate guests on the benefits and enjoyments of e-cigarettes and e-liquids. When they can, customers will grab a table and visit with their friends and they can become fast friends with the people behind the counter, as well. Of course, customers are often in a hurry — and that's one of the reasons VaporFi is so beloved by its guests. It only takes a minute or two to stop at a VaporFi, find the e-cigarette, accessory, or e-liquid you are looking for, and be on your way with some of the highest quality products in the e-cigarette industry. This convenience attracts customers to VaporFi, as well, and the ability to quickly serve customers allows franchisees to serve more people and earn more revenue.

Providing a Healthy Product: About 17% of the adult population in the U.S. smokes. More and more people are looking for alternatives to traditional smoking. VaporFi has their solutions. Their state-of-the-art e-cigarettes and accessories allow customers to imbibe nicotine in ways that are less intrusive and pose fewer health risks, and VaporFi sells e-liquids which are FDA-approved, food-grade, and 100% made in the U.S. Simply said, VaporFi is the type of place for anyone who wants to discover the benefits of vaping and e-cigarettes. VaporFi stores truly take

pleasure in creating a peerless customer experience by providing great-tasting e-liquids along with the cutting edge in e-cigarette technology, all in a welcoming and informative environment.

Simple Business Model: VaporFi's simple business model and robust support systems make it an ideal multi-unit franchise opportunity. Sophisticated software makes it easy to manage the store, spot inventory issues, predict vaping trends, and handle staffing. One of the key advantages that International Vapor Group offers to franchisees is their robust technology platform which makes it much easier to control costs, plan ahead, and maximize profits.

**The Company's Mission Statement**

Club Capital LLC's mission will echo that of its franchisor:

*"Our mission is to bring the vape business to the greater Atlanta market in a professional yet compfortable manner. We want to establish the Vaporfi brand as well as the legitmacy of the vapor business and the ability to create your own vapor flavor in greater Atlanta. We want to make the customer feel comfortable with their decision to change their lives, visit our locations, and purchase the Vaporfi brand. We want to cater to the beginner, novice, and expert on all sides of the business, from juice to MODs. We will be there to help them change their habits and make informed decisions based on their experience."*

## Management Summary

### Ownership & Corporate Office

Mr. Walter Hinton and Mrs. Monica Hinton will establish Club Capital LLC in the state of Georgia for the purpose of owning and operating their VaporFi businesses. The company is structured as an LLC and is owned by Mr. Walter Hinton (50%) and Mrs. Monica Hinton (50%). The mailing address of the principle office is 4221 Club Drive NE, Atlanta, Georgia 30319.

**Owner-Operator**

Mr. and Mrs. Hinton will be dedicating themselves to their new business enterprise. Mr. Hinton will continue his full time job as an Account Manager for Neuwave Medical, which will provide strong supporting income, while Mrs. Hinton will manage the operations of the new VaporFi business. The VaporFi business model focuses on being warm, friendly, and client-oriented. It relies on owner-operators who have successful business experience and who show a passion for educating guests on new technology and helping them find solutions for whatever their vaping needs might be. This is certainly what Mr. and Mrs. Hinton bring to the table as they builds their Bay Vape enterprise. They have a strong belief in having fun and sharing a pleasant atmosphere with those around them.

**Mr. Walter Hinton**

Mr. Walter Hinton is a highly accomplished sales and customer service leader who is ready to capitalize on the skills and experience he has acquired by launching his own successful business.

Mr. Hinton is a highly educated professional. He was educated first at Tulane University, where he earned a bachelor's degree in Economics and History, graduating in 1999 with a 3.5 grade point average (on a 4-point scale). He would later attend the Olin School of Business at Babson College, where he earned his Master of Business Administration (MBA) degree, graduating in 2009 with a 3.6 grade point average. From an early age it was clear that Mr. Hinton was a driven individual who possessed a level of discipline to match his high aptitude.

His career in sales began at Ernest & Julio Gallo Winery, where he was hired to work as a Sales Representative. In his first year with the company, Mr. Hinton earned "Salesman of the Month" honors in August, October, November, December, April, and May. He was quickly promoted to District Sales Manager, a position in which he began to acquire valuable leadership experience as he continued to hone his sales and customer service skills. As District Sales Manager, Mr. Hinton was responsible for managing a team of five Area Sales

Representatives - one of whom he helped promote into leadership - and overseeing over 350 accounts.

From 2003 to 2007 Mr. Hinton worked for the Urology/Women's Health Division at Boston Scientific. He began as a Senior Territory Manager, a role in which he was responsible for the direct sale of pelvic floor devices to gynecological and urological surgeons throughout a territory that included Alabama, Mississippi, and Georgia. Mr. Hinton continued his record of achievement and recognition, particularly in 2004 when he finished third in the company in sales revenue, earning him a President's Club Award, given to Boston Scientific's top five sales people for the year. This role also allowed Mr. Hinton to diversify his experience and expand his professional skill set. He began acquiring experience in human resources as he trained seven new Territory Managers from various regions throughout the country. He also represented Boston Scientific at various trade shows.

In 2005 he was promoted to Senior Product Manager. His main duties in this role included overseeing the development and rollout of new products. This included developing marketing strategies, a task at which Mr. Hinton excelled. His leadership led to a 30% increase in revenue for his product lines.

From 2010 to 2015, Mr. Hinton worked for Sirtex Medical Inc. In his first position as Regional Sales Manager he got off to an excellent start with the company, finishing runner-up for the company's Rookie of the Year Award. He continued to excel and improve his performance in the following years, finishing as the number two Regional Sales Manager of the Year in 2012 and then achieving number one in 2013.

He was promoted in 2014 to the position of National Sales Training Manager. In this role he developed multiple training programs which earned consistent recognition and had immediate positive impacts on sales revenue. He also enhanced his project management skills as he worked directly with Senior Management, Sales Operations, and Area Sales Management to develop effective training programs for new hires.

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

Mr. Hinton currently works as an Account Manager for Neuwave Medical (a division of Johnson & Johnson), managing a Southeast territory that includes over 20 accounts.

With such extensive experience in sales, customer service, human resources, and leadership, there is no doubt that Mr. Hinton has what it takes to drive his new VaporFi location in Chamblee to immediate and sustained success. His record of achievement and advancement is sure to continue is his new roles as a business owner.

**Mrs. Monica Hinton**

Mrs. Monica Hinton is another proven sales and customer service leader who has acquired a wealth of diverse experience in the retail industry.

Mrs. Hinton has an associate's degree in Fashion Merchandising, which she earned at Bauder College. Later, she attended the University of North Carolina at Greensboro, where she earned a bachelor's degree in Human Environmental Science, Textile Products Marketing, with a minor in Business.

Her professional career began with the Tommy Hilfiger corporation. Starting as an Account Coordinator, she quickly established a track record of success and exceeding sales goals. She also began developing strong skills in human resources as she created and conducted product knowledge training seminars for Managers and Specialists in her client book. Before long, she was promoted to a position as Corporate Merchandiser. In this position, she was responsible for creating and implementing corporate merchandising and visual standards for the National Account Executive team as well as Account Management, a capacity in which she excelled thanks to her advanced communication and project management skills. This position also required her to conduct presentations for Tommy University's promotional events to launch new lines.

After a few years with Tommy Hilfiger, Mrs. Hinton transitioned to the Cole Haan footwear company, where she worked as a Head-Quartered Retail Sales Coordinator and furthered her

track record of success in sales. In this position, Mrs. Hinton was the main point of contact for key accounts. She was responsible for developing sales strategies for a territory which generated more than $10.5 million in annual revenue. Once again utilizing her strong communication and human resource skills, by her second year with the company she had achieved a 15% increase over her sales goal in her territory.

From 2002 to 2015 Mrs. Hinton worked for the Safilo manufacturing company. She earned almost instant recognition for her efforts and success as a Territory Manager. In 2002 and 2003 she ranked number one in her region and number 2 in the entire company for her annual sales growth. She received the company's President's Club award three times (2003, 2006, and 2007). Finally, in 2009 she was promoted to Field Sales Team Leader for the Boston region, where she was able to foster sales growth in six product lines in Massachusetts and Rhode Island. In addition to demonstrating considerable proficiency as a seller and a leader, the timeframe that Mrs. Hinton spent with Safilo speaks to her commitment, reliability, and work ethic.

With their combined experience as leaders in sales and service, Mr. and Mrs. Hinton form a powerful leadership team for Club Capital LLC. With this foundation in place, their new VaporFi will become a huge hit and a community staple.

**Professional Team**

There are several professionals whom Mr. and Mrs. Hinton have surrounded themselves with to provide intelligent guidance for his enterprise. Rich LaCross of GreenWave Financial Advisors is the Company's CPA; Farmers Insurance is providing insurance services for the Company; and DCV Franchise Group has provided strategic franchise start-up consulting. Mr. and Mrs. Hinton have everything in place to ensure the success of their future business. Their experience, compassion for others, and their strong connection to the community will contribute greatly to their success as business owners.

**Management Structure**

The VaporFi Franchise Agreement in which Mr. and Mrs. Hinton have engaged includes development for one franchised location. Mrs. Monica Hinton will manage and operate the business in a hands-on capacity. She will directly oversee the daily operations of the retail location throughout the week. On evenings and weekends, which are VaporFi peak hours, Mr. and Mrs. Hinton will operate the store together. In terms of managing this location, they have adopted a simple and time-tested approach: To simply put a smile on every customer, ensuring they enjoy their e-liquids and the whole VaporFi experience. Growth will stem organically from customers continuing to have an excellent experience leading to a lifetime of happy consumers.

**Personnel Plan**

Mr. and Mrs. Hinton will be dedicating themselves to the success of Club Capital LLC. Mrs. Hinton will act as manager to run the store and supervise the daily operations. Both Mr. and Mrs. Hinton will be trained through the VaporFi training process in compliance with the VaporFi FDD. They will maintain overall strategic operational leadership. The amount of salary for Mr. Hinton will be minimal and adjusted according to actual sales. The table below represents the raw payroll dollars for supervision and part-time employees.

The formula used in calculating the part time employee wages is based on the store being open Monday through Friday for 10 hours per day; Saturday for 8 hours; and Sunday for 4 hours. This equates to the store being open 62 hours per week for 52 weeks per year; 3,224 open hours per year. The minimum wage for Georgia of $7.25[3] was calculated times 4 full-time equivalents. The payroll for the Manager is determined on a salary of $33,000 per year.

[3] The state of Georgia's minimum wage is $5.15 per hour. However, employees covered under the federal Fair Labor Standards Act are subject to the federal minimum wage of $7.25 per hour.

## Year 1 Personnel Forecast

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personnel Costs | | | | | | | | | | | | |
| Manager | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 | $2,750 |
| Assistant Manager | $1,948 | $1,948 | $1,948 | $1,948 | $1,948 | $1,948 | $1,948 | $1,948 | $1,948 | $1,948 | $1,948 | $1,948 |
| FTE (part time EE) | $8,709 | $8,709 | $8,709 | $8,709 | $8,709 | $8,709 | $8,709 | $8,709 | $8,709 | $8,709 | $8,709 | $8,709 |
| Total Payroll | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 |

## Personnel Forecast

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Personnel Costs | | | |
| Manager | $33,000 | $34,650 | $36,383 |
| Assistant Manager | $23,374 | $24,543 | $38,655 |
| FTE (part time EE) | $104,508 | $128,022 | $134,423 |
| Total Payroll | $160,882 | $187,215 | $209,461 |

## Market Overview

### Industry Overview

By now most people in the United States are well aware of the dangers and health risks associated with smoking. With 17% of all adults in the United States still smoking, more and more people are seeking alternatives to traditional smoking which pose less of a health risk and are less disruptive. The electronic cigarette - also known as an e-cigarette or electronic nicotine delivery system (ENDS) - has been recognized as an alternative to conventional cigarettes. Devices emit vaporized nicotine which is inhaled by the user and produces no harmful second-hand smoke.

In 2016, the industry is still relatively new and faces certain challenges which are typical to a new industry, such as overall non-uniformity of regulations. Nonetheless, the market for e-cigarettes is flourishing and competing directly with Big Tobacco and Big Pharma companies. The demand for e-cigarettes has been escalating in the last few years and is anticipated to

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

grow $50 billion by 2025 at an estimated compound annual growth rate (CAGR) of 22.36% from 2015 to 2025, according to the latest market research from BIS Research[4].

Challenges persist for the global industry as it continues to evolve. New industry regulations began to take effect in 2014 in the U.S. and in Europe, and Big Tobacco continues to fight for their share of the market, as evidenced by Imperial Tobacco's agreement with Reynolds America to acquire Blu Ecigs. Also, since a large portion of the industry's sales and revenue is derived from online businesses and independently-owned vape shops, it can be difficult to track the industry's growth and existing data from information outlets (such as Nielsen) can be very inconsistent[5].

VaporFi welcomes these challenges, though, and sees these happenings as signs of progress toward an even more prosperous future. With the backing of International Vapor Group, VaporFi is positioned to withstand competition brought on by any new companies or mergers. And in an industry which sources 80% of its manufactured products from China, VaporFi has distinguished itself from the competition by establishing a quality line of e-liquids which is 100% made in the United States. Add this to the unparalleled experience of shopping at a VaporFi store, and you have the ingredients for a franchise concept that will continue to grow and last for decades.

**Competitive Comparison**

VaporFi is not the first vaping franchise around, but it is different — and better — in many ways. To begin with, vaping has a proven capability to help users switch overnight from traditional cigarettes. Most smokers believe that they are addicted strictly to the nicotine itself, as well as to the act and habit of smoking, but the reality is that they have become addicted to the nearly 4,000 additional chemicals infused into cigarettes by big tobacco companies. E-cigarettes allow users to imbibe nicotine that is free from all those additional chemicals. As an

[4] http://bisresearch.com/electronic-cigarette-market-size-forecast.html

[5] http://www.cspdailynews.com/category-news/tobacco/articles/nielsen-electronic-cigarette-sales-growth-declines

added incentive, smokers will notice the benefits in their wallets and bank accounts, as well, as e-cigarettes and e-liquids have proven to be more affordable than traditional smoking products.

Additionally, VaporFi's signature line of e-liquids is 100% American-made to ensure the very best in potency and manufacturing standards. Their liquid base is comprised of "USP Grade Kosher" materials. Their glycerin is of the purest standards, sourced from soybeans so that it is free of peanuts, in addition to being diacetyl-free.

Paired with VaporFi's stores, which are always clean, comfortable, and welcoming, and VaporFi's staff of friendly and knowledgeable sales people, they give VaporFi a full package which stands above its competition.

**Target Customers**

Americans are becoming more health-conscious all the time.  The e-cigarette industry is one of the many that have benefitted from this trend. As the popularity of e-cigarettes grows, its benefits are being discovered by former smokers as well as people who may have avoided nicotine in the past due to the dangers of smoking. Whether you are a smoker who is looking for a healthier alternative, someone who is just curious to find out why vaping is becoming so popular, or fall somewhere in between, VaporFi has the products you're looking for and people who are ready to connect you with them.

Vapers - regardless of age, race, gender, or income level - are looking for places they can trust; places that provide convenience, quality, the latest in e-cigarette technology, and a friendly and welcoming environment.

VaporFi customers are devoted to vaping, and when they find a spot that offers a diverse and exciting menu — as well as a comfortable hangout for like-minded spirits — they make it a second home. Our customers really do love VaporFi, and we love them right back. Repeat

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

customers help drive word-of-mouth, they spread brand awareness, they boost revenues for VaporFi owners, and they also become part of our community.

**Products & Prices**

The VaporFi product line appeals to a broad spectrum of customers looking for the latest e-cigarette technology. VaporFi takes an uncompromising approach to vaping by using FDA-approved and food-grade ingredients to produce their e-liquids.

The availability of certain products may vary by store. The following are some highlights from the VaporFi web site, which allows customer to order from VaporFi's full line of products:

- ***E-Liquids*** - VaporFi's has over 30,000 e-liquid options to choose from. Juices come from FDA-approved, food-grade ingredients to ensure that flavors are smooth and consistent. VaporFi liquids are 100% made in the United States.

  - *Top Flavors*
    - Freedom Vape Juice
    - Lemon Loops Vape Juice
    - White Turtle Vape Juice
    - Motherload Vape Juice
    - Saturday Morning Cereal Vape Juice




  - *Tobacco Flavors*
    - Classic Tobacco Vape Juice
    - Sahara Gold Tobacco Vape Juice
    - American Red Tobacco Vape Juice
    - Cuban Cigar Vape Juice
    - Simply Shisha Vape Juice

- *Menthol Flavors*
    - Menthol Freeze Vape Juice
    - Mighty Menthol Vape Juice
    - Peppermint Party Vape Juice
    - Fresh Mint Vape Juice
    - Strawberry Chill Vape Juice




- *Dessert Flavors*
    - Very Vanilla Vape Juice
    - Glazed Donut Vape Juice
    - Holy Cow! Condensed Milk Vape Juice
    - Marshmallow Vape Juice
    - Carnival Cotton Candy Vape Juice

- ***E-Cigarettes***
    - VaporFi Rebel3 Starter Kit
    - VaporFI VOX 60 TC Starter Kit
    - VaporFi VOX 60 TC MOD
    - VaporFi VOX TC Starter Kit
    - VaporFi VOX TC
    - VaporFi VOX TC Starter Kit
    - VaporFi VOX TC
    - VaporFi Express Starter Kit
    - VaporFi VOX Mini Starter Kit
    - VaporFi VOX Mini 40 Watt MOD





- ***Accessories***
    - *Batteries*
        - VaporFi Rebel Standard-Capacity Battery
        - VaporFi High-Capacity 35A 2500mah Battery

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

- VaporFi Pro3 Battery
- VaporFi Express Battery
- VaporFi Pro Variable Battery




*•Chargers*

- VaporFi Universal Wall Charging Adapter
- VaporFi Express Portable Charging Case
- VaporFi High-Capacity Battery Charger
- VaporFi Micro USB

*• Tanks*

- VaporFi Pro3 Tank
- VaporFi vSix Tank
- VaporFI vShock Tank
- VaporFi Edge Tank
- VaporFi Vice Sub Ohm Tank




*• Atomizers & Cartomizers*

- VaporFi Edge Atomizers (5-Pack)
- VaporFi Pro 3 Atomizer (5-Pack)
- VaporFi Rebel 3 Atomizer (5-Pack)
- VaporFi vSix Atomizers (5-Pack)
- VaporFi Volt OCC Atomizer (5-Pack)

## Marketing Strategy and Implementation

### Location Criteria

A typical location will be around 1,000-1,500 square feet, located in a high-traffic area with good visibility. VaporFi's team can help identify promising locations in the potential area.

### Location

Club Capital LLC's VaporFi will be located at Chamblee Village, 1871 Chamblee Tucker Road, Chamblee, Georgia 30341. The location will be 1,500 square feet in size and the monthly rent is $4,476, including triple net. The location will be a suitable business space to support its operation.

The following map shows the location of the Mr. and Mrs. Hinton's VaporFi:



**Market Analysis - Size of the Market**

Following is the market analysis within a five mile radius of Mr. and Mrs. Hinton's Vaporfi location in Chamblee, Georgia:

**2016A Demographic Overview**

| | | | |
|---|---|---|---|
| Total Population | 291,827 | Median Income | $63,906 |
| % Male Population | 50.3% | Per Capita Income | $45,337 |
| % Female Population | 49.7% | Average Household Income | $106,176 |
| Median Age | 34.2 | Employees | 367,813 |
| Population Density | 3,715.2 | Establishments* | 21,116 |
| Total Households | 124,410 | Owner Occupied Housing Units | 46.6% |
| Average Household Size | 2.3 | Renter Occupied Housing Units | 53.4% |
| Household Growth from 2000 to 2010 | 22.9% | Occupied Housing Units | 94.3% |
| | | Vacant Housing Units | 5.7% |

The 2016 population estimate in this selected area is 291,827. The 2010 census revealed a population of 286,266, and in 2000 it was 240,718 representing a change of 11.4%. It is projected that by 2021 the population in this area will be 306,047, representing a change of 4.9% from 2016. The current population is 50.3% male and 49.7% female. In 2016, the median age of the population in this area is 34.2, compared to the entire U.S. median age which was 37.7. The population density in this area is 3,715.2 people per square mile.

There are currently 124,410 estimated households in this selected area. The census revealed household counts of 114,732 in 2010 and 101,196 in 2000, representing a change of 13.4%. It is projected the number of households in this area will be 131,750 in 2021, representing a change of 5.9% from the current year.




**The number of households in the study area in 2000 was 101,196 and changed to 114,732 in 2010, representing a change of 13.4%. The household count in 2016A was 124,410 and the household projection for 2021 is 131,750, a change of 5.9%. The population in the study area in 2000 was 240,718 and in 2010 it was 268,266, roughly a 11.4% change. The population in 2016A was 291,827 and the projection for 2021 is 306,047 representing a change of 4.9%.**

In 2010, the average number of years in residence in this geography's population was 9.9. The average household size in this geography was approximately 2.3 people and the average family size was 3.3 people. The average number of vehicles per household in this area was 1.6.

**In 2000, the median age of the total population in the study area was 33.3, and in 2010, it was 33.5. The median age in 2016A is 34.2 and it is predicted to change in five years to 35.4 years. In 2016A, females represented 49.7% of the population with a median age of 34.6 and males represented 50.3% of the population with a median age of 33.9 years. In 2016A, the most prominent age group in this geography is Age 25 to 34 years. The age group least represented in this geography is Age 15 to 19 years.**




In 2016, the median household income in this selected geography is $63,906, compared to the entire U.S. median which is $54,505. The census revealed median household incomes of $60,411 in 2010. It is projected the median household income in this area will be $76,130 in 2021, which would represent a change of 19.1% from the current year.




**In 2016A the predominant household Current Year income category in this study area is $150K +, and the income group that is least represented in this geography is$15K - $25K.**

In 2016, the per capita income in this area is $43,503, compared to the entire U.S. per capita, which is $28,088. The 2016 average household income for this area is $45,337, compared to the entire U.S. average which was $29,962.




In 2016, there are 232,953 people over the age of 16 in the labor force in this area. Of these 96.5% are employed, 3.5% are unemployed, 32% are not in the labor force and 0% are in the armed forces.

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission




In 2016, there are 367,813 employees in this selected area (daytime population) and there are 21,116 establishments. For this area in 2016, white collar workers make up 67.9% of the population, and those employed in blue collar occupations make up 16.3%. Service and Farm workers make up 15.8% of the population. In 2010, the average time traveled to work was 28 minutes.

**Competition**

What makes VaporFi different from other vaping outlets? VaporFi owners benefit from smart marketing, strong systems, and the backing of International Vapor Group, Inc., whose experience in manufacturing and distributing e-cigarettes, e-liquids, and accessories dates back to the industry's earliest days. International Vapor Group, Inc. provides a wealth of experience and expertise for the franchisees. VaporFi also uses cutting edge technology to manufacture its e-cigarettes and accessories, and its e-juices are made here in the U.S. from FDA-approved, food-grade ingredients to ensure smoothness, consistency, and quality. What separates VaporFi is business savvy, which allows them to provide each customer not just with a highly diverse and exciting product selection, but a consistently great experience, as well.

The competition from other e-cigarette businesses in the area is limited. This location and its product selection coupled with targeted marketing clearly will make it the best choice for consumers in the area who already enjoy vaping or are interested in discovering its benefits for the first time. Participating in the well established Vaporfi business model, Mr. and Mrs. Hinton will automatically capitalize on the name and reputation for excellent, high-quality products. As the hands-on owners/operators of the store, they will emphasize the key elements of the brand that has made it a success. Such highlighted elements include overall quality and cleanliness with a wide range of e-cigarettes, accessories, and e-liquids. These elements far surpass the competition's limited offerings.

The following map shows the main competitors of Club Capital LLC's Vaporfi in Chamblee:



| Competitor | Location | Strengths | Weakness |
| --- | --- | --- | --- |
| **Xpress Smoke Shop** | 4849 Buford Hwy. NE #111<br>Chamblee, GA 30341 | - Local, privately-owned smoke shop.<br>- Sells variety of tobacco products, vape products, and hookahs. | - Vape products are secondary focus.<br>- Lower-quality products.<br>- Lack of resources and service capacity.<br>- Very little information available; no website or social media presence. |
| **Vape Central** | 3350 Chamblee Tucker Rd. B<br>Chamblee, GA 30341 | - Local, privately-owned vape shop. | - All outsourced products<br>- Lower quality ingredients and products<br>- Limited selection and service capacity.<br>- Very little information available; no website or social media presence. |
| **DZ Vapor Shop** | 3754 Buford Hwy. NE Ste. A3<br>Chamblee, GA 30329 | - Local, privately-owned vape shop. | - All outsourced products<br>- Lower quality ingredients and products<br>- Limited selection and service capacity.<br>- Very little information available; no website or social media presence. |

**The Company's Culture**

Club Capital LLC will generate interest for its VaporFi location by using a comprehensive marketing strategy. This includes a pre-opening strategy which begins with intense training, as well as employing its own marketing efforts. VaporFi customers will see themselves as part of the VaporFi family. One will choose VaporFi because of the feeling and atmosphere in the store coupled with cutting edge technology and high-quality e-liquids.

VaporFi is there to help people by providing great products which represent the latest in e-cigarette technology and offer a healthier and safer alternative to traditional nicotine consumption. Once people get plugged into the benefits of e-cigarettes, they're usually hooked. At VaporFi, a community has built up both online and in person. Customers meet at

their local store or through social media to share new favorite e-liquid blends or offer guidance as they transition from smoking tobacco to enjoying e-cigarettes.

Whether it's on Yelp, Twitter, Facebook, or Instagram, the comments are uniformly positive, no matter what aspect of VaporFi is being discussed.

VaporFi appeals to neighborhoods and centers of commerce with strong ties to the local community. VaporFi organically increases local exposure by working with community service establishments such as schools, churches, synagogues, and various non-profit organizations. Mr. and Mrs. Hinton's work ethic, values, and culture are exactly what it takes to be successful. Their innate desire to serve and make others feel good about themselves coupled with grassroots campaigns within the educational community - both public and private - will help to generate exposure and recognition. VaporFi will quickly be recognized as a household name.

**Business Preparation and Training**

In addition to the benefits of being part of a growing brand, the other reason people enjoy owning franchised businesses is because of the training and support that they are offered by the franchise system.

VaporFi offers an **initial training program** to franchisees and store managers. The training program includes:

- Shop Operations
- Customer Service Procedures
- Management Techniques
- Accounting
- General Business Procedures
- Computer System Orientation
- Sales and Marketing

# Initial Training Program

| Subject | Hour of Classroom Training | Hours of On-The-Job Training | Location |
|---|---|---|---|
| Introduction | 2.5 hours | 1.5 hours | Miami, FL |
| | | | |
| E-Cig Industry and Regulations | 1.5 hours | 1.5 hours | Miami, FL |
| | | | |
| Understanding VAPORFI Products | 2 hours | 2 hours | Miami, FL |
| | | | |
| Inventory and Ordering | 2.5 hours | 2.5 hours | Miami, FL |
| | | | |
| Pre-Opening and Grand Opening | 3 hours | 4 hours | Miami, FL |
| | | | |
| Human Resources | 3 hours | 3 hours | Miami, FL |
| | | | |
| Overall Store Operation | 4 hours | 4 hours | Miami, FL |
| | | | |
| Bookkeeping | 2 hours | 1 hour | Miami, FL |
| | | | |
| POS System | 4.5 hours | 5 hours | Miami, FL |
| | | | |
| Marketing and Advertising | 2.5 hours | 1.5 hours | Miami, FL |
| | | | |
| Customer Service | 1.5 hours | 4 hours | Miami, FL |
| | | | |
| Disaster Planning | 1.5 hours | 2 hours | Miami, FL |
| | | | |
| Totals | 30.5 hours | 32 hours | Miami, FL |

This table details VaporFi's initial training program for its franchisees. VaporFi covers tuition costs for up to four (4) attendees. Franchisees must cover costs for travel, lodging, and meals. The franchisees must attend and successfully complete initial training to VaporFi's satisfaction. Initial training consists of classroom and in-store training.

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

Classroom-based initial training takes place in Miami, Florida at a location designated by VaporFi. The program consists of 30.5 hours of classroom training and 32 hours of on-the-job training. Training should take place approximately 30 days prior to the projected store opening.

VaporFi will have a representative available to assist Mr. and Mrs. Hinton both before they open their store and after store opening for a maximum of 5 days at no cost to Mr. and Mrs. Hinton. The representative may stay past the 5 day maximum, but at the Company's expense. VaporFi may also require Mr. and Mrs. Hinton and/or previously trained and experienced personnel to attend periodic refresher course at locations designate by VaporFi. The VaporFi FDD stipulates that franchisees have the right to request additional training and VaporFi will, at their sole discretion provide the additional training at times and places and for a duration as they deem necessary, provided the franchisee pays the cost of training, transportation, lodging, and subsistence.

Training is conducted by Hugo Suarez, who has 12 years of experience in the e-cigarette industry and has been with VaporFi for over 2 years, and Kenneth Jordan, who has over 20 years of experience in the e-cigarette industry and has been with International Vapor Group, Inc. for 2 years.

**Marketing Strategies**

VaporFi has generated interest for its e-cigarettes, accessories, and e-juices around the country by using a comprehensive marketing strategy. VaporFi has a significant advantage over the competition and their customers remain their best evidence.

Mr. and Mrs. Hinton will automatically capitalize on the VaporFi name, brand, and reputation for excellent, high-quality products. Historically, VaporFi has emphasized on key elements of the brand that have made it successful. These elements include highlighting its overall and range of high-quality and American-made ingredients, which surpass what the competition offers. The color, logo, branding, promotions, constant presence throughout social media, ongoing

national marketing highlights, and involvement in the community place VaporFi as practically being "the only" place to go for your vaping needs.

**Soft Opening**: Club Capital LLC's VaporFi will open a week before the grand opening to fine-tune equipment, products, services and staff. During this stage, a "coming soon" buzz will be created via flyer distribution, various print media, and some social media. The staff will offer samples and give personal store tours to familiarize new customers with the menu.

**Grand Opening**: The Company will organize a grand opening to invite friends, family, and the local community into the store to celebrate. The festivities will be preceeded by a press release and announcement on the Vaporfi Facebook page and Twitter. There will be  a street team of new employees in uniform handing out flyers, balloons, and coupons to walk-in and drive-by traffic. The different events are designed to ensure that everyone gets a chance to experience a happy  and relaxing place in addition to its innovative products!

**On-going Marketing:** Some of the other marketing strategies will include:

National marketing: The parent company, International Vapor Group, Inc. employs a marketing firm, conducts market research and surveys, and produces marketing materials. As part of the franchise agreement, the parent company makes these materials available to franchisees. The parent company will continue to grow the brand by engaging in national marketing campaigns and opening additional franchise locations, which will directly benefit to the Mr. and Mrs. Hinton's business.

Social networking sites: The Company will set up pages and profiles on popular social networking sites including Facebook, Instagram, and Twitter. Social networking sites are an effective way to benefit from word of mouth on the web and generate interest for the Company from the general public. Mr. and Mrs. Hinton will use these sites to develop a social media blitz and generate initial excitement about the Company's grand opening. Post-launch, they will continue to benefit from its presence on these sites as customers

become "fans" of the Company on Facebook or follow its Twitter feed, giving Mr. and Mrs. Hinton instant access to their most dedicated clientele. The Company may also place advertisements on these sites. Advertising on social networking sites is considered one of the most lucrative ways to generate return on investment (ROI), higher even than other online advertising methods and television.

Print media: Print advertisements will be placed in local area newspapers for frequent distribution. These advertisements will include the location of the Company and will also offer limited time discounts or other incentives, ensuring that people of all kinds will take an interest in the products that VaporFi has to offer. Club Capital LLC will also advertise its grand opening event through these publications.

Public relations: Today, businesses are spending more on PR than traditional advertising methods. For this reason, Club Capital LLC intends to build a strong public relations campaign via local media outlets. Public relations efforts will include advertising, community support and approval, customer relations, print article submission, and events.

E-mail marketing: The Company will launch a strategic e-mail marketing campaign that will saturate the area with awareness of its brand and products. E-mail marketing, when used correctly, has the ability to catapult sales to new levels. Therefore, Club Capital LLC will send an e-mail blast to its already-developed mailing list to pique interest, turn prospects into customers, and then follow up with customers to ensure repeat business and referrals. Customers can also opt to receive the Company's e-mail blast, which advertises Company news and updates.

Community organizations: The Company will pursue membership in local community organizations, business associations, and culinary groups, creating enhanced marketing throughout the immediate area. Benefits of this tactic include being listed in the groups' monthly newsletters, as well as a captive audience for business card distribution and an opportunity to participate in member functions. Mr. and Mrs. Hinton will work with the

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission 

leaders, members, and students of these organizations to advance the success of all parties. This also will facilitate business through travel, as these organizations bring tourism and revenue to the community and encourage networking while promoting business locally.

Word of mouth: Word travels quickly between peers, family members, and colleagues who are pleased with the quality of the products they purchase and the customer service they receive. The Company will rely on this form of effective yet inexpensive marketing to generate interest in its services.

Flyers/Posters: Club Capital LLC will create custom flyers to use for specific events. These flyers will list a sampling of the menu items, including information such as the location and hours of operation, and highlight special events and coupons. Placing professional ads, built by the Ad Builder, in neighborhood magazines and newspapers, are also great applications to effectively reach the local population.

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

## Project Overview

### Start-Up Summary

The following tables and graphs detail the capital requirement to bring the Club Capital LLC's vision to reality. The total start-up expenses plus the total start-up assets equal total start-up requirements. The Company's total funding requirement is derived from adding the total liabilities and the total planned investment figures. The Company's loss at startup is equal to its total start-up expenses. The Company's total capital and liabilities is arrived by subtracting the total funding figure from the loss at start-up. The cash balance at the start date is the amount of working capital the Company has available at start-up.

| Start-Up Expenses | |
|---|---|
| Franchise Fee | 29,900 |
| Travel and Training Expenses | 1,500 |
| DCV Franchise Group | 5,500 |
| Site Selection | 6,000 |
| Architect | 2,000 |
| Grand Opening Advertising | 1,750 |
| Build out, permits and fees | 45,000 |
| Deposits & Fees | 11,000 |
| Insurance, Legal, & Accounting | 4,500 |
| Closing Costs / Guarantee Fee | 4,600 |
| **Total Start-Up Expenses** | **$111,750** |

| Start-Up Assets | |
|---|---|
| Working Capital | 24,000 |
| Initial Inventory | 37,000 |
| Furniture, Fixtures and Equipment | 27,000 |
| **Total Start-up Assets** | **$88,000** |

| | |
|---|---|
| **Total Requirements** | **$199,750** |

| Assets | |
|---|---|
| Non-cash Assets from Start-up | 64,000 |
| Cash Requirements from Start-up | 24,000 |
| Cash Balance on Starting Date | 24,000 |
| **Total Assets** | **$88,000** |

| Liabilities and Capital | |
|---|---|
| Loan Amount | 159,800 |
| **Total Liabilities** | **$159,800** |

| Planned Investment | |
|---|---|
| Owner Investment | 39,950 |
| **Total Planned Investment** | **$39,950** |

| | |
|---|---|
| **Loss at Start-Up (Start-Up Expenses)** | **-111,750** |
| **Total Capital** | **-71,800** |

| | |
|---|---|
| **Total Capital and Liabilities** | **$88,000** |

| | |
|---|---|
| **Total Project Cost** | **$199,750** |

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission 

## Source & Use of Funds

Club Capital LLC is seeking $158,800 in total funding through a bank or Small Business (SBA)-backed loan to facilitate the opening of their VaporFi. The company has committed $39,950 of its own capital into the venture. The bank or SBA-backed loan will be repaid from the cash flow of the business within 10-years, using the Company's assets as collateral and backed by the personal integrity, experience and contractual guarantee of the Company's owner.

| Source & Use of Funds | |
|---|---|
| Borrower Injection | 39,950 |
| Bank Financing | 159,800 |
| **Total Project Cost** | **$199,750** |
| Franchise Fee | 29,900 |
| Travel and Training Expenses | 1,500 |
| DCV Franchise Group | 5,500 |
| Furniture, Fixtures and Equipment | 27,000 |
| Site Selection | 6,000 |
| Architect | 2,000 |
| Build out, permits and fees | 45,000 |
| Initial Inventory | 37,000 |
| Leasehold deposit ( 2 months deposit) | 9,000 |
| Working Capital | 24,000 |
| Deposits, Licenses, & Permits | 2,000 |
| Closing Costs / Guarantee Fee | 4,600 |
| Insurance | 2,500 |
| Grand Opening Advertising | 1,750 |
| Legal and Accounting | 2,000 |
| **Total Project Cost** | **$199,750** |

## Revenue Forecast

The forecasted revenue is determined by a variety of factors with the most prevalent relying on the facts from Item 19 in VaporFi Franchise Disclosure Document (FDD). [6]

**Revenue Forecast**

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Total Units | | | |
| Average Vaping Ticket | 13,915 | 15,307 | 16,837 |
| Unit Price | | | |
| Average Vaping Ticket | $38.00 | $38.00 | $38.00 |
| Revenue | | | |
| Average Vaping Ticket | $528,770 | $608,086 | $668,894 |
| Total Revenue | $528,770 | $608,086 | $668,894 |
| Direct Unit Cost | | | |
| Average Vaping Ticket | 16.3% | 16.3% | 16.3% |
| Direct Cost of Revenue | | | |
| Average Vaping Ticket | $86,190 | $99,118 | $109,030 |
| Subtotal Cost of Revenue | $86,190 | $99,118 | $109,030 |

[6] VaporFi, FDD

## Pro Forma Profit & Loss Statement

| Pro Forma Profit and Loss | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Revenue | $528,770 | $608,086 | $668,894 |
| Subtotal Cost of Revenue | $86,190 | $99,118 | $109,030 |
| Cost of Other | $15,863 | $18,243 | $20,067 |
| Total Cost of Revenue | $102,053 | $117,361 | $129,097 |
| Gross Margin | $426,717 | $490,725 | $539,797 |
| Gross Margin/Revenue | 80.70% | 80.70% | 80.70% |
| Expenses | | | |
| Supplies | $11,633 | $13,378 | $14,716 |
| Repairs & Maintenance | $7,932 | $9,121 | $10,033 |
| National Marketing Fund | $10,575 | $12,162 | $13,378 |
| Credit Card and Admin | $16,286 | $18,729 | $20,602 |
| Rent | $53,715 | $53,715 | $53,715 |
| Direct Operating & Utilities | $13,219 | $15,202 | $16,722 |
| Liab. Insurance | $26,439 | $27,232 | $28,049 |
| Royalty | $15,863 | $18,243 | $20,067 |
| Miscellaneous | $10,575 | $12,162 | $13,378 |
| Depreciation | $2,844 | $1,800 | $1,800 |
| Payroll Taxes and W/C | $29,924 | $34,822 | $38,960 |
| Total Personnel | $160,882 | $187,215 | $209,461 |
| Total Operating Expenses | $359,887 | $403,780 | $440,880 |
| Profit Before Interest and Taxes | $66,830 | $86,945 | $98,918 |
| EBITDA | $69,674 | $88,745 | $100,718 |
| Interest Payment | $9,261 | $8,519 | $7,731 |
| Principal Payment | $12,029 | $12,770 | $13,558 |
| Net Profit | $45,541 | $65,656 | $77,628 |
| Net Profit/Revenue | 8.61% | 10.80% | 11.61% |

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

## Pro Forma Cash Flow and Balance Sheet

| Pro Forma Cash Flow | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Revenue | $528,770 | $608,086 | $668,894 |
| Subtotal Cash Received | $528,770 | $608,086 | $668,894 |
| Cash Spending | $160,882 | $187,215 | $209,461 |
| Bill Payments | $292,194 | $352,644 | $377,892 |
| Subtotal Spent on Operations | $453,076 | $539,859 | $587,353 |
| Long-term Liabilities Principal Repayment | $12,029 | $12,770 | $13,558 |
| Subtotal Cash Spent | $465,105 | $552,630 | $600,911 |
| Net Cash Flow | $63,665 | $55,456 | $67,983 |
| Cash Balance | $87,665 | $143,121 | $211,104 |

| Pro Forma Balance Sheet | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Cash | $87,665 | $143,121 | $211,104 |
| Other Current Assets | $37,000 | $37,000 | $37,000 |
| Total Current Assets | $124,665 | $180,121 | $248,104 |
| Long-term Assets | $27,000 | $27,000 | $27,000 |
| Accumulated Depreciation | $2,844 | $4,644 | $6,444 |
| Total Long-term Assets | $24,156 | $22,356 | $20,556 |
| Total Assets | $148,821 | $202,477 | $268,660 |
| Accounts Payable | $27,309 | $28,080 | $30,192 |
| Subtotal Current Liabilities | $27,309 | $28,080 | $30,192 |
| Long-term Liabilities | $147,771 | $135,001 | $121,443 |
| Total Liabilities | $175,081 | $163,081 | $151,635 |
| Paid-in Capital | $39,950 | $39,950 | $39,950 |
| Retained Earnings | -$111,750 | -$66,209 | -$553 |
| Earnings | $45,541 | $65,656 | $77,628 |
| Total Capital | -$26,259 | $39,397 | $117,025 |
| Total Liabilities and Capital | $148,821 | $202,477 | $268,660 |
| Net Worth | -$26,259 | $39,397 | $117,025 |

## Financial Projections

### Financial Assumptions

| Financial Assumptions | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Total Revenue Growth | | 15% | 10% |
| Total Expense Growth | | 12% | 9% |
| Average Salary Growth | | 5% | 5% |
| Payroll Growth | | 16% | 12% |
| Months of Cash on Hand | 1 | 4 | 6 |
| Bill Payment Term (Days) | 30 | 30 | 30 |
| Loan Term | 10 | | |
| Loan Rate | 6.0% | | |
| Monthly Loan Payment | $1,774 | $1,774 | $1,774 |
| Average Monthly Interest | $772 | $710 | $644 |
| Average Monthly Principle | $1,002 | $1,064 | $1,130 |

### Financial Indicators

| Financial Indicators | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Gross Margin | 80.70% | 80.70% | 80.70% |
| Net Profit Margin | 8.61% | 10.80% | 11.61% |
| EBITDA to Revenue | 13.18% | 14.59% | 15.06% |
| Return on Assets | 30.60% | 32.43% | 28.89% |
| Return on Equity | -173.43% | 166.65% | 66.33% |
| Accounts Payable Turnover | 3.74 | 4.18 | 4.28 |
| Asset Turnover | 3.55 | 3.00 | 2.49 |
| Debt to Equity | -6.67 | 4.14 | 1.30 |
| Debt to Assets Ratio | 117.64% | 80.54% | 56.44% |
| **Debt Coverage Ratio** | **3.27** | **4.17** | **4.73** |
| Current Ratio | 4.56 | 6.41 | 8.22 |
| Current Debt to Total Assets Ratio | 18.35% | 13.87% | 11.24% |
| Revenue to Equity Ratio | -20.14 | 15.44 | 5.72 |

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

## First Year Profit & Loss Statement

| Year 1 Profit and Loss | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Revenue | $33,649 | $36,053 | $38,456 | $43,263 | $43,263 | $45,667 | $48,070 | $48,070 | $48,070 | $48,070 | $48,070 | $48,070 |
| Direct Cost of Revenue | $5,485 | $5,877 | $6,268 | $7,052 | $7,052 | $7,444 | $7,835 | $7,835 | $7,835 | $7,835 | $7,835 | $7,835 |
| Cost of Other | $1,009 | $1,082 | $1,154 | $1,298 | $1,298 | $1,370 | $1,442 | $1,442 | $1,442 | $1,442 | $1,442 | $1,442 |
| Total Cost of Revenue | $6,494 | $6,958 | $7,422 | $8,350 | $8,350 | $8,814 | $9,278 | $9,278 | $9,278 | $9,278 | $9,278 | $9,278 |
| Gross Margin | $27,155 | $29,094 | $31,034 | $34,913 | $34,913 | $36,853 | $38,792 | $38,792 | $38,792 | $38,792 | $38,792 | $38,792 |
| Gross Margin/Revenue | 80.70% | 80.70% | 80.70% | 80.70% | 80.70% | 80.70% | 80.70% | 80.70% | 80.70% | 80.70% | 80.70% | 80.70% |
| Expenses | | | | | | | | | | | | |
| Supplies | $740 | $793 | $846 | $952 | $952 | $1,005 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 | $1,058 |
| Repairs & Maintenance | $505 | $541 | $577 | $649 | $649 | $685 | $721 | $721 | $721 | $721 | $721 | $721 |
| National Marketing Fund | $673 | $721 | $769 | $865 | $865 | $913 | $961 | $961 | $961 | $961 | $961 | $961 |
| Credit Card and Admin | $1,036 | $1,110 | $1,184 | $1,333 | $1,333 | $1,407 | $1,481 | $1,481 | $1,481 | $1,481 | $1,481 | $1,481 |
| Rent | $4,476 | $4,476 | $4,476 | $4,476 | $4,476 | $4,476 | $4,476 | $4,476 | $4,476 | $4,476 | $4,476 | $4,476 |
| Direct Operating & Utilities | $841 | $901 | $961 | $1,082 | $1,082 | $1,142 | $1,202 | $1,202 | $1,202 | $1,202 | $1,202 | $1,202 |
| Liab. Insurance | $1,682 | $1,803 | $1,923 | $2,163 | $2,163 | $2,283 | $2,404 | $2,404 | $2,404 | $2,404 | $2,404 | $2,404 |
| Royalty | $1,009 | $1,082 | $1,154 | $1,298 | $1,298 | $1,370 | $1,442 | $1,442 | $1,442 | $1,442 | $1,442 | $1,442 |
| Miscellaneous | $673 | $721 | $769 | $865 | $865 | $913 | $961 | $961 | $961 | $961 | $961 | $961 |
| Depreciation | $1,194 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 |
| Payroll Taxes and W/C | $2,494 | $2,494 | $2,494 | $2,494 | $2,494 | $2,494 | $2,494 | $2,494 | $2,494 | $2,494 | $2,494 | $2,494 |
| Total Personnel | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 |
| Total Operating Expenses | $28,731 | $28,199 | $28,710 | $29,733 | $29,733 | $30,245 | $30,756 | $30,756 | $30,756 | $30,756 | $30,756 | $30,756 |
| Profit Before Interest & Taxes | -$1,577 | $896 | $2,324 | $5,180 | $5,180 | $6,608 | $8,036 | $8,036 | $8,036 | $8,036 | $8,036 | $8,036 |
| Interest Payment | $799 | $794 | $789 | $784 | $779 | $774 | $769 | $764 | $759 | $754 | $749 | $744 |
| Principal Payment | $975 | $980 | $985 | $990 | $995 | $1,000 | $1,005 | $1,010 | $1,015 | $1,020 | $1,025 | $1,030 |
| Net Profit | -$3,351 | -$878 | $550 | $3,406 | $3,406 | $4,834 | $6,262 | $6,262 | $6,262 | $6,262 | $6,262 | $6,262 |
| Net Profit/Revenue | -9.96% | -2.44% | 1.43% | 7.87% | 7.87% | 10.59% | 13.03% | 13.03% | 13.03% | 13.03% | 13.03% | 13.03% |

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission 

## First Year Cash Flow and Balance Sheet

**Year 1 Cash Flow**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $33,649 | $36,053 | $38,456 | $43,263 | $43,263 | $45,667 | $48,070 | $48,070 | $48,070 | $48,070 | $48,070 | $48,070 |
| Subtotal Cash Received | $33,649 | $36,053 | $38,456 | $43,263 | $43,263 | $45,667 | $48,070 | $48,070 | $48,070 | $48,070 | $48,070 | $48,070 |
| Cash Spending | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 | $13,407 |
| Bill Payments | $747 | $22,431 | $23,407 | $24,414 | $26,300 | $26,333 | $27,308 | $28,251 | $28,251 | $28,251 | $28,251 | $28,251 |
| Long-term Liabilities Principal Repayment | $975 | $980 | $985 | $990 | $995 | $1,000 | $1,005 | $1,010 | $1,015 | $1,020 | $1,025 | $1,030 |
| Cash Spent | $15,129 | $36,818 | $37,798 | $38,811 | $40,702 | $40,739 | $41,720 | $42,667 | $42,672 | $42,678 | $42,683 | $42,688 |
| Net Cash Flow | $18,520 | -$766 | $658 | $4,452 | $2,561 | $4,927 | $6,350 | $5,403 | $5,398 | $5,392 | $5,387 | $5,382 |
| Cash Balance | $42,520 | $41,755 | $42,412 | $46,864 | $49,426 | $54,353 | $60,703 | $66,106 | $71,503 | $76,896 | $82,283 | $87,665 |

**Year 1 Balance Sheet**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $42,520 | $41,755 | $42,412 | $46,864 | $49,426 | $54,353 | $60,703 | $66,106 | $71,503 | $76,896 | $82,283 | $87,665 |
| Other Current Assets | $37,000 | $37,000 | $37,000 | $37,000 | $37,000 | $37,000 | $37,000 | $37,000 | $37,000 | $37,000 | $37,000 | $37,000 |
| Total Current Assets | $79,520 | $78,755 | $79,412 | $83,864 | $86,426 | $91,353 | $97,703 | $103,106 | $108,503 | $113,896 | $119,283 | $124,665 |
| Accum. Depreciation | $1,194 | $1,344 | $1,494 | $1,644 | $1,794 | $1,944 | $2,094 | $2,244 | $2,394 | $2,544 | $2,694 | $2,844 |
| Ttl. Long-term Assets | $25,806 | $25,656 | $25,506 | $25,356 | $25,206 | $25,056 | $24,906 | $24,756 | $24,606 | $24,456 | $24,306 | $24,156 |
| Total Assets | $105,326 | $104,411 | $104,918 | $109,220 | $111,632 | $116,409 | $122,609 | $127,862 | $133,109 | $138,352 | $143,589 | $148,821 |
| Accounts Payable | $21,652 | $22,595 | $23,538 | $25,423 | $25,423 | $26,366 | $27,309 | $27,309 | $27,309 | $27,309 | $27,309 | $27,309 |
| Sbttl. Current Liabilities | $21,652 | $22,595 | $23,538 | $25,423 | $25,423 | $26,366 | $27,309 | $27,309 | $27,309 | $27,309 | $27,309 | $27,309 |
| Long-term Liabilities | $158,825 | $157,845 | $156,860 | $155,870 | $154,875 | $153,876 | $152,871 | $151,861 | $150,846 | $149,827 | $148,802 | $147,771 |
| Total Liabilities | $180,477 | $180,440 | $180,398 | $181,294 | $180,299 | $180,242 | $180,180 | $179,170 | $178,156 | $177,136 | $176,111 | $175,081 |
| Paid-in Capital | $39,950 | $39,950 | $39,950 | $39,950 | $39,950 | $39,950 | $39,950 | $39,950 | $39,950 | $39,950 | $39,950 | $39,950 |
| Retained Earnings | -$111,750 | -$111,750 | -$111,750 | -$111,750 | -$111,750 | -$111,750 | -$111,750 | -$111,750 | -$111,750 | -$111,750 | -$111,750 | -$111,750 |
| Earnings | -$3,351 | -$4,229 | -$3,679 | -$273 | $3,133 | $7,967 | $14,229 | $20,491 | $26,754 | $33,016 | $39,278 | $45,541 |
| Total Capital | -$75,151 | -$76,029 | -$75,479 | -$72,073 | -$68,667 | -$63,833 | -$57,571 | -$51,309 | -$45,046 | -$38,784 | -$32,522 | -$26,259 |
| Ttl. Liabilities & Capital | $105,326 | $104,411 | $104,918 | $109,220 | $111,632 | $116,409 | $122,609 | $127,862 | $133,109 | $138,352 | $143,589 | $148,821 |
| Net Worth | -$75,151 | -$76,029 | -$75,479 | -$72,073 | -$68,667 | -$63,833 | -$57,571 | -$51,309 | -$45,046 | -$38,784 | -$32,522 | -$26,259 |

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

## Sensitivity Analysis

The Sensitivity Analysis below assumes that revenues are 15% higher or lower than figures projected earlier in this business plan.

| Best Case Scenario (Revenue Increases by 15%) | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Revenue | $608,086 | $699,298 | $769,228 |
| Cost of Goods | $117,361 | $134,965 | $148,461 |
| Gross Margin | $490,725 | $564,334 | $620,767 |
| Gross Margin/Revenue | 80.70% | 80.70% | 80.70% |
| Operating Expenses | $359,887 | $403,780 | $440,880 |
| Net Profit | $121,577 | $152,035 | $172,156 |
| Cash Flow | $139,702 | $141,835 | $162,511 |
| Cash Balance | $163,702 | $305,536 | $468,047 |
| Net Profit/Revenue | 19.99% | 21.74% | 22.38% |

| Worst Case Scenario (Revenue Decreases by 15%) | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Revenue | $459,800 | $528,770 | $581,647 |
| Cost of Goods | $88,741 | $102,053 | $112,258 |
| Gross Margin | $371,059 | $426,717 | $469,389 |
| Gross Margin/Revenue | 80.70% | 80.70% | 80.70% |
| Operating Expenses | $359,887 | $403,780 | $440,880 |
| Net Profit | $1,911 | $14,419 | $20,778 |
| Cash Flow | $20,035 | $4,219 | $11,133 |
| Cash Balance | $44,035 | $48,254 | $59,386 |
| Net Profit/Revenue | 0.42% | 2.73% | 3.57% |

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission

## Break-Even Analysis

The Break-Even Analysis below illustrates when the Company is expected to become profitable. Break-even occurs when revenue exceeds expenses.

| Break-Even Analysis | |
|---|---|
| Monthly Revenue Break-even | $37,163 |
| Assumptions: | |
| Average Monthly Revenue | $44,064 |
| Average Monthly Variable Cost | $8,504 |
| Estimated Monthly Fixed Cost | $29,991 |



## Demographics

The following graphic illustrates the demographic areas surrounding Club Capital LLC's location within a five mile radius.




N Trade Areas (in miles) - 1
N Trade Areas (in miles) - 3
N Trade Areas (in miles) - 5

Thematic map showing Block Groups themed on Median Household Income, with the requested trade area(s) around Chamblee Village, 1871 Chamblee Tucker Rd., Chamblee, GA 30341




Block Groups - High (Above 140,000)
Block Groups - Above Average (86,000 to 140,000)
Block Groups - Average (52,000 to 86,000)
Block Groups - Below Average (31,500 to 52,000)
Block Groups - Low (Below 31,500)

## Statement of Assumptions and Limiting Conditions

DCV Franchise Group
A Business Establishment Consulting Enterprise

1. This Business Plan is to be used in whole and not in part.
2. All information, financial operation statements, estimates, and opinions obtained from parties not employed by DCV Franchise Group. ("DCV") are assumed to be true and correct. DCV can assume no liability resulting from misinformation.
3. If the reader is making a fiduciary or individual investment decision and has any questions concerning the material presented in the report, it is recommended that the reader contract DCV.
4. The estimated operating results presented in this report are based upon an evaluation of the overall economy, and neither take into account nor make provision for the effect of any sharp rise or decline in local or national economic conditions. To the extent that wages and other operating expenses may advance during the economic life of the business, we expect the pricing for services and or product provided will be adjusted to at least offset those advances.
5. DCV does not warrant that the estimates will be attained, but they have been prepared on the basis of information obtained during the course of this study and are intended to reflect the expectations of a typical lender and or investor.
6. Evaluating, preparing and comprising financial forecasts is both a science and an art. Although the analysis contained herein employs various mathematical calculations to provide value indications, the final forecast is subjective and may be influenced by factors not specifically set forth in this Business Plan.
7. This Business Plan was prepared by DCV Franchise Group. All opinions, recommendations, and conclusions expressed during the course of this assignment are rendered by the staff and or outside contractors of DCV, rather than as individuals.
8. No representation or warranty, express or implied, is made or given by or on behalf of DCV, or its employees or any other person, as to the accuracy, completeness, or fairness of the information or opinions contained herein.
9. To the very best knowledge of DCV, the statements of fact presented in this Business Plan are true and correct.
10. The analysis, opinions and conclusions presented herein are limited by the reported assumptions and limiting conditions, and is the impartial, and unbiased professional analyses of DCV.
11. DCV's engagement in the assignment of compiling the data and presenting this Business Plan was not contingent upon developing or reporting predetermined results.
12. The compensation received by DCV for completing this assignment is not contingent upon the development of reporting of a predetermined result or direction in performance that favors the cause of the client, the attainment of stipulated result, or the occurrence of a subsequent event directly related to the intended use of this Business Plan.

Respectfully submitted by: DCV Franchise Group.

©2004 - 2016 DCV Franchise Group. Confidential - Do Not Distribute Without Permission